IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Jo Ann Ford,<br><br>               Plaintiff,<br><br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner<br>of Social Security,<br>               Defendant. | Civil Action No. 8:17-cv-2015-CMC<br><br>**ORDER** |

The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, by her attorneys, Beth Drake, Acting United States Attorney, and Marshall Prince, Assistant United States Attorney for the District of South Carolina, has moved this court, pursuant to sentence six of 42 U.S.C. § 405(g), for an order remanding this case to the Commissioner. ECF No. 24. The Appeals Council will direct the ALJ to offer the Plaintiff a new hearing, take any further action needed to complete the administrative record, and issue a new decision. *Id.* Plaintiff has filed no response to Defendant's motion to remand.

Pursuant to the power of this court to enter an order remanding this case under sentence six of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby

**REMANDS** the case to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                s/Cameron McGowan Currie
                CAMERON MCGOWAN CURRIE
                Senior United States District Judge

Columbia, South Carolina
February 12, 2018